# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **RONNIE LEE COUSIN #89334/100121** | **CIVIL ACTION NO. 23-cv-1235 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHELE DAUZAT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Plaintiff Ronnie Lee Cousin does not state a viable habeas claim, the Petition for Writ of Habeas Corpus [Doc. No. 1] under 28 U.S.C. § 2241 is **DENIED and DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA**, this the 3rd day of January 2024.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**